Log # 4  2  4202
Capture # 012-2:2024-CR-00471-2

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:24-cr-00471-MWF |
| DEFENDANT | TYPE OF PROCESS |
| John Carlo Thola | Order Authorizing Interlocutory Sale |

FILED
CLERK, U.S. DISTRICT COURT
3/19/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC  DEPUTY

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

REC'D USMS C/CA  AF
FEB 27 '25 PM 12:09

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ryan Waters, Assistant United States Attorney
Asset Forfeiture & Recovery Section
312 N. Spring Street, 11th Floor
Los Angeles, CA 90012

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

CATS No.: 24-FBI-006928 (16161 Sky Ranch Road, Santa Clarita, CA)
Pursuant to the attached Interlocutory Sale order dated February 24, 2025, please take exclusive custody, possession, and control of the subject real property by evicting any tenant(s) from the property and ensuring that the property is vacated.

Please complete post and walk of the Notice to Vacate, Stipulation Order, and Order Granting Stipulation for Interlocutory Sale.

Signature of Attorney other Originator requesting service on behalf of  ☒ PLAINTIFF  ☐ DEFENDANT
RYAN WATERS  Digitally signed by RYAN WATERS  Date: 2025.02.27 11:16:23 -08'00'
TELEPHONE NUMBER: (213) 894-3111
DATE: 2/27/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 12
District to Serve No. 12
Signature of Authorized USMS Deputy or Clerk
Date: 2/27/2025

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 3/17/25  Time: 9:51  ☒ am  ☐ pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

POST A-M walk on 3/4/25 @ 1600.

Took custody, possession of the real property on March 12, 2025.

Form USM-285
Rev 03/21